The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| JOHN DOE, as father and natural guardian of, JANIE DOE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE INC., and HOLLAND AMERICA LINE-USA INC., owners/operators of the M/S VEENDAM,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>NO: 17-cv-01863<br><br>ORDER GRANTING EX PARTE MOTION FOR PROTECTIVE ORDER TO PROCEED UNDER A FICTITIOUS NAME |

THIS MATTER having come upon the Plaintiff's Motion for Protective Order to Proceed Under Fictitious Name, and the Court having reviewed the motion, the pleadings and other filings herein, now, therefore,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's MOTION FOR PROTECTIVE ORDER TO PROCEED UNDER A FICTITIOUS NAME is hereby granted.

ODER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER - 1

Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

2. This Court will allow the Plaintiff, and his daughter, to proceed under the fictitious names JOHN DOE and JANE DOE, respectively.

3. The Parties are refrained from filing documents or materials revealing Plaintiff and his daughter's real names, address, and telephone number. If such documents are necessary to support an application for relief and the aforementioned cannot be redacted, the Parties must file such documents and materials under seal.

4. The Parties must refrain from stating the Plaintiff and his daughter's real names, address, and telephone number in any paper filed with the Court as well as at any hearing or at trial. The Parties must refer to Plaintiff and his daughter as "JOHN DOE" and "JANIE DOE".

5. The terms of this protective order also apply to any witness(es) the Parties may call at a hearing and trial and all Parties must communicate the terms of this Order to such witnesses.

ENTERED this 18th day of December, 2017.

The Honorable James L. Robart
United States District Court Judge

*Approved for entry by:*

/s Charles Moure

CHARLES MOURE, WSBA #23701
Moure Law, PLLC
Attorney for Plaintiff

ODER GRANTING PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER - 2

Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293