THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| JOHN DOE, as father and natural guardian of, JANIE DOE, a minor, | AT LAW AND IN ADMIRALTY |
| Plaintiff, | NO: 17-CV-01863-JLR |
| v. | |
| HOLLAND AMERICA LINE N.V., et. al<br>Defendants. | |

## ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM

THIS MATTER having come regularly before the Court upon the Petition of Charles Moure and Keith Brais, attorneys for John Doe, father and natural guardian, and Janie Doe, a minor, to appoint a Settlement Guardian ad Litem on behalf of the above-named minor, and the Court finding that the facts set forth give the Court jurisdiction over this matter, and that pursuant to Washington Court SPR 98.16W, and that the Court having reviewed said Petition and the attachment thereto, having reviewed the evidence presented by counsel, having heard the presentation of counsel, and being fully advised in the premises, now, therefore, it is hereby;

ORDERED, ADJUDGED, AND DECREED as follows:

1) Settlement Guardian Ad Litem should be appointed for JANIE DOE, the minor Plaintiff;

Order Appointing SGAL - 1

Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

2)   Attorney BARBARA J. BYRAM is a person found or known by the court to be a suitable, disinterested person having the requisite knowledge, training, and expertise to perform the duties required by RCW 11.88.090 and SPR 98.16W, and is hereby appointed to represent the interests of the named minor.

3)   The Guardian Ad Litem is authorized to expend up to 20 hours of time in conducting her duties and preparing her report, at her usual hourly billing rate for legal services, currently $300.00 per hour. Should additional time be needed, a petition shall be presented to the Court requesting same;

4)   Upon resolution of this cause, whether by settlement or by judgment, the Settlement Guardian Ad Litem is specifically authorized and directed to prepare and present a Report to the Court pursuant to SPR 98.16W; and

5)   Plaintiffs' counsel, Charles Moure and Keith Brais and the law offices of Moure Law, pllc and Brais Law Firm, are hereby specifically authorized and directed to continue to appear as counsel on behalf of the minor Plaintiff, JANIE DOE and her father and natural guardian, John Doe.

### *IMPORTANT MESSAGE FOR THE SETTLEMENT GUARDIAN AD LITEM:*

A. <u>Duties</u>. The Settlement Guardian ad Litem shall have the following duties:

1.   To investigate and evaluate the adequacy of the offered settlement in light of the needs and best interests of the minor or incapacitated person.

2.   To review written or oral reports from the attorneys, guardians, and medical providers necessary to permit a complete report as required by SPR 98.16W.

3.   To provide the court with a written report, which shall include a description, **in depth appropriate to the magnitude of injuries and the amount offered**, of the following information, as a minimum:

   a) <u>Summary</u>: State the amount of the settlement that you are recommending, and how the net proceeds will be distributed. Include the name and contact information of parents and another relative: List the name and address of each parent of the minor and another relative. This information will be used in the event the court needs to contact the minor upon turning age 18 or if the court needs to contact the parent for a missing report if required. Because of the confidentiality clause in the tentative settlement agreement the amount must be kept confidential and filed under seal for review by the Court.

Order Appointing SGAL - 2

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

b) <u>Appointment of Settlement Guardian ad Litem</u>: State your name, date of appointment, and the date that you started working on this matter. Give a brief statement of your experience and qualifications as pertain to serving as a Settlement Guardian ad Litem, or attach a Curriculum Vitae, with this information. Describe your relationship, if any, with involved parents, guardians, insurers, or attorneys.

c) <u>Investigation</u>: Describe the investigation you conducted, the persons interviewed, and the documents you reviewed.

d) <u>Description of Incident and Cause of Action</u>: Describe the incident and the affected person's legal claims.

e) <u>Injuries</u>: Describe the injuries, diagnosis, course of treatment, and prognosis for future disability. Attach a copy of a recent supporting medical report or medical record.

f) <u>Damages</u>: Describe the special and general damages that are potentially recoverable.

g) <u>Liability Issues</u>: Describe the factors bearing on each potential defendant person or entity's liability, including issues of primary negligence, contributory or comparative negligence, causation, and probable chance of recovery.

h) <u>Insurance & Assets Available to Satisfy Claim</u>: State the nature and extent of all insurance coverage or assets available to satisfy the claim, whether maintained through the defendant, the family, or available through government entitlements.

i) <u>Liens and Subrogation</u>: Identify all liens, subrogation, and reimbursement claims. Make a recommendation regarding how those claims are to be resolved including a recommendation regarding retention in any attorney's trust account of the full amount claimed until the final resolution of the claim.

j) <u>Other Claims</u>: Identify all other claims arising out of the same occurrence. State whether another family member has a claim arising out of the same occurrence, and whether any family member is or could be a plaintiff or defendant in any action based upon the minor's claim or the occurrence from which it arose.

k) <u>Apportionment</u>: Indicate the amount, basis, and justification for allocating the gross settlement to be paid among the various claimants of the same family or unrelated claimants, if any. State whether the minor or incapacitated person was independently represented at the time the proposed apportionment was determined.

l) <u>Proposed Settlement</u>: Discuss and evaluate the reasonableness of the proposed settlement amount, stating the basis for your valuation of the claim. Also discuss the form the settlement might take (e.g. blocked account, guardianship, structured settlement, or trust) and the proposed settlement documents.

m) <u>Expenses and Fees</u>: Discuss and evaluate the reasonableness of the attorney's fees requested, costs to be reimbursed, and any other deductions from the proceeds of the claim.

Order Appointing SGAL - 3

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

n) <u>Disposition of Net Proceeds</u>: Set forth your calculation of the net proceeds of the claim. Begin with the proposed offer and subtract attorney's fees and costs, liens and subrogation reimbursements, and settlement guardian ad litem fees.

Give your reasons and recommendations regarding as to how the funds should be placed. If a legal guardianship is required, state the nominee and the terms that you recommend. If you recommend a structured settlement, state why that option is preferred; the specific payout schedule recommended and how it relates to the specific needs of the minor; and a statement which includes the cost of the structured portion, the interest rate received, the name and financial rating of the company providing the annuity. If you or any party recommend the creation of a trust as recipient of the settlement funds, give your recommendation as to the special needs of the incapacitated person and how they would be served by having a trust; specific provisions that ought to be included or omitted from the trust; and your nomination of professional to draft the trust, and a recommended fee therefore.

o) <u>Settlement Guardian ad Litem Fees</u>: Attach a declaration of your time and services, giving your professional rate and the amounts sought. Indicate who you recommend pay these fees and costs.

p) <u>Presence at Hearing</u>: State whether the minor or the Settlement Guardian ad Litem, or which other person(s) should be present at the hearing to approve the settlement.

q) <u>Settlement Approval Sought in Other Jurisdiction</u>: State whether the settlement has been submitted for approval in any other court or jurisdiction.

r) <u>Conclusion</u>: Give your recommendation as to the adequacy of the offered settlement, and the steps to be followed if you recommend that the settlement not be approved.

<u>B.</u>  The Settlement Guardian ad Litem shall file a report with the court within forty-five days after appointment and provide a copy to each party, or to their counsel, if they are represented.

<u>C.</u>  To accomplish all other duties specifically required under SPR 98.16W and any order of the court filed herein.

<u>D.</u>  The cost of bringing this proceeding and the Settlement Guardian ad Litem's fee will be paid as approved as a part of the settlement, or is reserved for determination at the time the settlement is submitted to the court.

<u>E.</u>  The Settlement Guardian ad Litem shall not employ or retain counsel or experts to assist in these duties except as authorized in advance by the court, and shall promptly advise the court if others have retained such a person without court authorization, including, but not limited to the retention of counsel to initiate litigation or draft a trust.

<u>F.</u>  The Settlement Guardian ad Litem may seek instruction from the court upon application and notice to all parties. If records or portions of the report contain confidential information which may adversely affect the settlement or trial of the claim, the Settlement Guardian ad Litem shall seek direction from the court.

Order Appointing SGAL - 4

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

G. Counsel or party requesting this appointment is directed to provide a copy of this order to the Settlement Guardian ad Litem.

SUBMITTED this __27th__ day of __June__, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

Dated: June 22, 2018

**Respectfully submitted,**

| | |
|---|---|
| **BRAIS Law Firm, P.A.** | **MOURE LAW, PLLC** |
| (Subject to admission Pro Hac Vice) | Attorney for Plaintiff |
| 9300 S. Dadeland Blvd., Suite 101 | 1700 7th Ave, Suite 2200 |
| Miami, Florida 33156 | Seattle, WA 98101 |
| Telephone: (305) 416-2901 | Telephone: (206) 695-9202 |
| Facsimile: (305) 416-2902 | Facsimile: (206) 374-2293 |
| KEITH S. BRAIS, ESQ. | WSBA No. 2371 |
| Fla. Bar. No. 863319 | By: /s Charles Moure |
| By: /s Keith Brais | Charles Moure, Esq. |
| Keith Brais, Esq. | |

Order Appointing SGAL - 5

Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293