**THE HONORABLE JAMES L. ROBART**

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON**

**JOHN DOE, as father and natural guardian of, JANIE DOE, a minor,**

**Plaintiff,**

**v.**

**HOLLAND AMERICA LINE N.V., et. al**
**Defendants.**

**AT LAW AND IN ADMIRALTY**

**NO:** 17-CV-01863-JLR

**ORDER GRANTING MOTION TO APPROVE THE GUARDIAN AD LITEM'S REPORT AND RECOMMENDATIONS**

THIS MATTER having come regularly before the Court upon the Plaintiffs' Motion To Approve the Settlement Guardian Ad Litem's Report and Recommendations, and the Court having reviewed said motion, the unredacted report delivered to chambers, and response or reply filed by the parties, and being fully advised in the premises, now, therefore, it is hereby;

ORDERED, ADJUDGED, AND DECREED as follows:

1. All of the Guardian Ad Litem's recommendations in the unredacted report are granted and incorporated into this order.
2. The parties are ordered to comply with all of the recommendations in the unredacted report and upon completion of all such recommendations, within 60 days of this order, file a joint

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

status report notifying the court that the parties have satisfied all of the guardian's recommendations.

JLR

3. The court approves payment of the Settlement Guardian ad Litem's fees and costs in the amount of $10,493.75.

SUBMITTED this 14th day of Sept., 2018.

THE HONORABLE JAMES L. ROBART

**Respectfully submitted,**

**BRAIS & ASSOCIATES, P.A.**
Attorney for Plaintiff
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile: (305) 416-2902
KEITH S. BRAIS, ESQ.
Fla. Bar. No. 863319
By: /sKeith Brias
Keith Brias, Esq.

**MOURE LAW, PLLC**
Attorney for Plaintiff
1700 7th Ave, Suite 2200
Seattle, WA 98101
Telephone: (206) 695-9202
Facsimile: (206) 374-2293
WSBA No. 2371
By: /sCharles Moure
Charles Moure, Esq.

Order Granting Motion to Approve the GAL's Report - 2

Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293