THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN DOE, as father and natural guardian of, JANIE DOE, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE, INC., and HOLLAND AMERICA LINE-USA INC., owners/operators of the M/S VEENDAM,<br><br>Defendant. | CASE NO.: 17-CV-01863-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED VERIFIED MOTION FOR EXTENSION OF TIME TO FUND SETTLEMENT<br><br>NOTE ON MOTION CALENDAR: October 12, 2018<br><br>Filed: 12/13/2017 |

Defendants HAL NEDERLAND, N.V., HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE-USA INC., and HOLLAND AMERICA LINE N.V. (hereinafter "Defendants") have filed an unopposed motion to extend the deadline to fund settlement of this matter to October 22, 2018. For good cause showing, the above request is hereby granted.

**IT IS SO ORDERED.**

Dated: 12 October 2018

Hon. James L. Robart
United States District Court Judge

[PROPOSED] ORDER
17-CV-01863-JLR

Page 1 of 1