THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

JOHN DOE, as father and natural guardian of, JANIE DOE, a minor,

Plaintiff,

v.

HOLLAND AMERICA LINE N.V., et. al
Defendants.

AT LAW AND IN ADMIRALTY

NO: 17-CV-01863-JLR

**ORDER GRANTING MOTION FOR REIMBURSEMENT**

THIS MATTER having come regularly before the Court upon the Plaintiffs' Motion For Reimbursement, the Court having reviewed said motion, the supporting declaration, and response or reply filed by the parties, if any, and being fully advised in the premises, now, therefore, it is hereby:

ORDERED, ADJUDGED, AND DECREED as follows:

That the plaintiffs' motion is granted in its entirety and that Wells Fargo Bank, N.A. as Trustee is hereby authorized to disburse to the Doe parents from the Janie Doe trust account the amount of $14,377.47 to reimburse them for the financial support that they provided to Janie Doe for both medical expense and in assistance of this litigation.

Order Granting Motion For Reimbursement - 1

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293

SUBMITTED this 25th day of January, 2019.

_____
**THE HONORABLE JAMES L. ROBART**

Presented by:

**Dated: January 7, 2019**

**Respectfully submitted,**

**MOURE LAW, PLLC**
Attorney for Plaintiff
1700 7th Ave, Suite 2200
Seattle, WA 98101
Telephone: (206) 695-9202
Facsimile: (206) 374-2293
WSBA No. 2371
By: /sCharles Moure
Charles Moure, Esq.

Order Granting Motion For Reimbursement - 2

**Moure Law, PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 695-9202
Fax: (206) 374-2293