THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE, WASHINGTON

| | |
|---|---|
| JOHN DOE, as father and natural guardian of, JANIE DOE, a minor,<br>　　　　　Plaintiff, | AT LAW AND IN ADMIRALTY<br><br>(~~PROPOSED~~) ORDER<br><br>NO: 17-CV-01863-JLR |
| v. | |
| HOLLAND AMERICA LINE N.V., et. al<br>　　　　　Defendants. | |

The Court is in receipt of the Parties' Stipulation for Voluntary Dismissal with Prejudice. Good cause appearing,

**IT IS HEREBY ORDERED:**

The Stipulation for Voluntary Dismissal with Prejudice is hereby GRANTED. The case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 21 Feb., 2019.

_____
Hon. James L. Robart
United States District Judge
WESTERN DISTRICT OF WASHINGTON

ORDER ON STIPULATION FOR DISMISSAL     Page 1 of 1